**_Amended_**
# CHAPTER 13 PLAN

Case No.: **15-71933**

Debtor(s): **Elvie Gray**    SS#: **xxx-xx-4849**    Net Monthly Earnings: **$2,085.23**    Number of Dependents: **0**

1. Plan Payments:

   ( **X** ) Payroll deduction Order: To **BLG Logistics, Inc.** for $ **158.00** ☑ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly.

   Length of plan is approximately **60** months, and the total amount of debt to be distributed by the Trustee is approximately $ **33,180.00**.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise: **-NONE-**

   B. Total Attorney Fee: $ **3,000.00** ; $ **100.00** paid pre-petition; $ **1,890.00** to be paid at confirmation and $ **125.00** per month **until paid in full**.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts: **-NONE-**

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| Capital One | $0.00 | $9,000.00 | $10,025.00 | $0.00 | 2009 Dodge Challenger | 5.00% | $184.00 | Post-Confirmation |
| Vanderbilt Mortgage & Finance | $0.00 | $16,582.23 | $17,000.00 | $0.00 | 1997 Legend 16'x80' Manufactured Home | 5.00% | $323.00 | Post-Confirmation |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct: **-NONE-**

IV. Special Provisions:

   ☑ This is an **AMENDED** plan replacing the plan dated December 2, 2015.

   ☑ This plan proposes to pay unsecured creditors **0** %.

   ☑ Other Provisions:

   1. On any claim not listed on the Plan Summary, other than an arrearage claim for a post-1994 mortgage, that is later determined to be a secured claim, the Debtor proposes that interest at the annual percentage rate of 5% be paid on the secured portion of said claim and that said claim will receive a fixed payment based on an amortization over the length of the plan.
   3. Debtor proposes to remit to the Standing Chapter 13 Trustee all non-exempt proceeds from any lawsuit or cause of action.
   4. Debtor proposes no adequate protection payment on any over-secured claim or to any claimant that fails to file an allowed secured claim prior to confirmation of this or any amended plan. On all claims entitled to receive an adequate protection payment, said payment shall constitute one percent (1%) of the collateral's fair market value as of the commencement of this case. Adequate protection payments shall be remitted monthly until such time as this plan of reorganization has been confirmed.
   5. Debtor will continue to pay pre-petition and post-petition utility service debt (specifically including Alabama Power Electric Service Debt) in the ordinary course of business in lieu of posting a deposit as adequate assurance of future payment under Sec. 366 of the United States Bankruptcy Code. Debtor acknowledges that the automatic stay does not bar the efforts of any utility service company (specifically including Alabama Power) to collect pre-petition and post-petition utility service debt.
   6. COUNSEL FOR DEBTOR AGREES TO PERFORM ALL REQUIRED AND NECESSARY SERVICES REQUIRED FOR THE REQUESTED "NO-LOOK" FEE PURSUANT TO BANKRUPTCY RULE 2016 AND LOCAL RULE 2016-1.

Attorney for Debtor Name/Address/Telephone #
**Marshall A. Entelisano ENT001**
**701 22nd Avenue, Suite 2**
**Tuscaloosa, AL 35401**
Telephone # **2057521202**

Date **January 18, 2016**

**/s/ Elvie Gray**
**Elvie Gray**
Signature of Debtor

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

## IN THE UNITED STATES BANKRUPTCY COURT
### Northern District of Alabama

| | | |
|---|---|---|
| **In the Matter of:** | § | |
| | § | **Case No. 15-71933** |
| **Elvie Gray** | § | |
| | § | **Chapter 13** |
| **Debtor** | § | |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing **AMENDED CHAPTER 13 PLAN** via CM-ECF on C. David Cottingham, Trustee, and all creditors or counsel of record that have elected to receive electronic notice; and on all other creditors listed on the attached Matrix by depositing a copy of the same in the U.S. Mail, properly addressed and first-class postage prepaid on **January 18, 2016.**

/s/ *Marshall Entelisano*

Marshall A. Entelisano, P.C.
Marshall A. Entelisano (ENT001)
Attorney for Debtor
701 22nd Avenue, Suite 2
Tuscaloosa, AL 35401
Telephone: 205-752-1202
Facsimile: 205-752-1203
Email: marshall@marshall-lawfirm.com

```
Label Matrix for local noticing       Capital One Auto Finance           Steering Committee
1126-7                                 P.O. Box 201347                    c/o Akin Gump Strauss Hauer & Feld LLP
Case 15-71933-JHH13                    Arlington, TX 76006-1347           One Bryant Park
NORTHERN DISTRICT OF ALABAMA                                              Bank of America Tower
Tuscaloosa                                                                New York, NY 10036-6745
Mon Jan 18 13:50:55 CST 2016
                                       Capital One Auto Finance           DCH Regional Medical Center
                                       P O Box 60511                      P O Box 2058
                                       City of Industry, CA 91716-0511    Tuscaloosa, AL 35403-2058


                                                                          Paragon Contracting Serv Inc.
                                                                          PO Box 740022
                                                                          Cincinnati, OH 45274-0022



                                       (p)TMX FINANCE LLC FORMERLY TITLEMAX    Vanderbilt Mortgage & Finance
                                       15 BULL STREET                          P O Box 9800
                                       SUITE 200                                Maryville, TN 37802-9800
                                       SAVANNAH GA 31401-2686
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
TitleMax of Alabama, Inc.              (d)Titlebucks                      End of Label Matrix
d/b/a Titlebucks                       636 15th Street East               Mailable recipients    14
15 Bull Street                         Tuscaloosa, AL 35401               Bypassed recipients     0
Suite 200                                                                 Total                  14
Savannah, GA 31401
```